## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RANA MERRICK,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:04CV546** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **VERNON M. MAXWELL, Individually** ) | |
| **and d/b/a BONANZA BAR,** ) | |
| ) | |
| **Defendant.** ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendant was personally served with summons on May 4, 2005. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint. It remains plaintiffs' duty to go forward in prosecuting the case by, for example, obtaining an entry of default and filing a motion for default judgment.

**IT THEREFORE IS ORDERED** that plaintiff is given until **June 24, 2005** to obtain an entry of default and file a motion for default judgment, or take other appropriate action to prosecute the case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

**DATED June 9, 2005.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett**
                                                    **United States Magistrate Judge**