IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RANA MERRICK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CV174** |
| vs. | ) | |
| | ) | **ORDER** |
| **VERNON M. MAXWELL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion, to reschedule the final pretrial conference.

**IT IS ORDERED:**

1. The Final Progression Order [15] is amended **only** to reschedule the date and time of the final pretrial conference.

2. The final pretrial conference currently set for August 28, 2006 at 11:00 a.m. is rescheduled to **August 21, 2006, at 11:00 a.m.,** before the undersigned magistrate judge.

3. If this new date creates a conflict for counsel, please contact opposing counsel and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge