# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RANA MERRICK,** )<br> )<br> **Plaintiff,** )<br> )<br> V. )<br> )<br> **VERNON M. MAXWELL, and** )<br> **BONANZA BAR,** )<br> )<br> **Defendants.** ) | Case No. 8:05CV174<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation of Settlement and joint motion to dismiss. I find that the parties' stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that it should be approved. This action shall be dismissed. Accordingly,

IT IS ORDERED:

1. The Stipulation of Settlement (Filing No. 18) is approved, and the relief requested therein is granted;

2. The Complaint and all claim in this action are dismissed with prejudice; and

3. The parties shall bear their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 27th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge